UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
SIMMONS, THOMAS I § Case No. 08-73961
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/08/2008. The undersigned trustee was appointed on 12/08/2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $     30,842.28

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 16,850.48 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 13,991.80 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 12/10/2009 and the deadline for filing governmental claims was 12/10/2009 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,234.75 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,234.75 , for a total compensation of $ 2,234.75 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/27/2011          By:/s/DANIEL M. DONAHUE
                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit A

Case No.: 08-73961  MLB  Judge: MANUEL BARBOSA
Case Name: SIMMONS, THOMAS I

Trustee Name: DANIEL M. DONAHUE
Date Filed (f) or Converted (c): 12/08/08 (f)
341(a) Meeting Date: 01/08/09

For Period Ending: 04/27/11

Claims Bar Date: 12/10/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Mobile Home | 17,500.00 | 0.00 | DA | 0.00 | FA |
| 2. Real Property - Rochelle, IL | 500,000.00 | 0.00 | DA | 0.00 | FA |
| 3. Cash on hand | 50.00 | 0.00 | DA | 0.00 | FA |
| 4. 1/2 interest in household goods | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5. Wearing Apparel | 300.00 | 0.00 | DA | 0.00 | FA |
| 6. Jewelry | 50.00 | 0.00 | DA | 0.00 | FA |
| 7. IRAs | 189,701.00 | 0.00 | DA | 0.00 | FA |
| 8. Illinois River Energy LLC | Unknown | 0.00 | DA | 0.00 | FA |
| 9. Westwood Enterprises | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. Lincoln State Bank | Unknown | 0.00 | DA | 0.00 | FA |
| 11. 2003 Cadillac | 6,600.00 | 0.00 | DA | 0.00 | FA |
| 12. 2005 Dodge Caravan | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 13. Income Tax Refund (u) | 0.00 | 30,836.28 | | 30,836.28 | FA |
| 14. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 6.00 | FA |

TOTALS (Excluding Unknown Values)  $722,201.00  $30,836.28  $30,842.28

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 06/01/10  Current Projected Date of Final Report (TFR): 08/01/12

LFORM1  UST Form 101-7-TFR (10/1/2010) (Page: 3)

Ver: 16.02b

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 08-73961 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | SIMMONS, THOMAS I | Bank Name: | BANK OF AMERICA, N.A. |
|  |  | Account Number / CD #: | *******1693 MONEY MARKET |
| Taxpayer ID No: | *******2534 |  |  |
| For Period Ending: | 04/27/11 | Blanket Bond (per case limit): | $ 1,500,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/06/10 | 13 | UNITED STATES TREASURY | INCOME TAX REFUND | 1224-000 | 30,836.28 | | 30,836.28 |
| 05/28/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.55 | | 30,836.83 |
| 06/08/10 | 001000 | INTERNATIONAL SURETIES,LTD. | Blanket Bond #016018067 | 2300-000 | | 24.84 | 30,811.99 |
| | | 701 POYDRAS ST., STE. 420 | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 06/30/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.77 | | 30,812.76 |
| 07/30/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.78 | | 30,813.54 |
| 08/31/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.79 | | 30,814.33 |
| 09/30/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.76 | | 30,815.09 |
| 10/25/10 | 001001 | RICHARD L. SCHULTZ, C.P.A. | ACCOUNTING FEES | 2990-000 | | 2,815.00 | 28,000.09 |
| | | 418 Cherry Ave. | | | | | |
| | | Rochelle, IL 61068 | | | | | |
| 10/25/10 | 001002 | KAREN SIMMONS | Share of Income Tax Refunds | 2990-000 | | 14,010.64 | 13,989.45 |
| | | 5546 S Park Place Dr. | | | | | |
| | | Rochelle, IL 61068 | | | | | |
| 10/29/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.78 | | 13,990.23 |
| 11/30/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.62 | | 13,990.85 |
| 12/31/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.36 | | 13,991.21 |
| 01/31/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.36 | | 13,991.57 |
| 02/28/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,991.68 |
| 03/31/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 13,991.80 |

Page Subtotals   30,842.28   16,850.48

Ver: 16.02b

LFORM24 UST Form 101-7-TFR (10/1/2010) (Page: 4)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 08-73961 -MLB | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- |
| Case Name: | SIMMONS, THOMAS I | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1693 MONEY MARKET |
| Taxpayer ID No: | *******2534 | | |
| For Period Ending: | 04/27/11 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 30,842.28 | 16,850.48 | 13,991.80 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 30,842.28 | 16,850.48 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 30,842.28 | 16,850.48 | |
| | | | | | | NET | ACCOUNT |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | | MONEY MARKET - *******1693 | | 30,842.28 | 16,850.48 | 13,991.80 |
| | | | | | 30,842.28 | 16,850.48 | 13,991.80 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Case Number: 08-73961
Debtor Name: SIMMONS, THOMAS I
Page 1
Claim Class Sequence
Date: April 27, 2011

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | MCGREEVY WILLIAMS | Administrative | | $7,607.50 | $0.00 | $7,607.50 |
| 001 3120-00 | MCGREEVY WILLIAMS | Administrative | | $75.73 | $0.00 | $75.73 |
| 000002 | Internal Revenue Service POB 9019 Holtsville, NY 11742-9019 | Priority | | $72,753.84 | $0.00 | $72,753.84 |
| 000003B | INTERNAL REVENUE SERVICE KANSAS CITY, MO 64999 | Priority | | $89,751.93 | $0.00 | $89,751.93 |
| 000005B | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Priority | | $6,980.58 | $0.00 | $6,980.58 |
| 999 8200-00 | THOMAS I SIMMONS 5546 S PARK PLACE DR ROCHELLE, IL 61068-9258 | Unsecured | | $1,984.17 | $0.00 | $1,984.17 |
| 000001 | Karen J. Simmons 5546 South ParkPlace Drive Rochelle, IL 61068 | Unsecured | | $197,959.33 | $0.00 | $197,959.33 |
| 000003A | INTERNAL REVENUE SERVICE KANSAS CITY, MO 64999 | Unsecured | | $1,987.09 | $0.00 | $1,987.09 |
| 000004 070 7100-00 | Winebaugh & Associates, P.C. 915 No. Caron Road Rochelle, IL 61068 | Unsecured | | $695.00 | $0.00 | $695.00 |
| 000005A | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Unsecured | | $1,525.01 | $0.00 | $1,525.01 |
| 000006 080 7200-00 | Tess & Redington 1090 North 7th Street POB 68 Rochelle, IL 61068 | Unsecured | | $1,360.00 | $0.00 | $1,360.00 |
| 000007 | Simmons & Associates, P.C. c/o Attorney James E. Stevens 6833 Stalter Drive Rockford, IL 61108 | Unsecured | | $156,725.00 | $0.00 | $156,725.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| Case Number: 08-73961 | | | Page 2 | | Date: April 27, 2011 |
| --- | --- | --- | --- | --- | --- |
| Debtor Name: SIMMONS, THOMAS I | | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
| --- | --- | --- | --- | --- | --- | --- |
| | Case Totals: | | | $539,405.18 | $0.00 | $539,405.18 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-73961
Case Name: SIMMONS, THOMAS I
Trustee Name: DANIEL M. DONAHUE

Balance on hand                                        $         13,991.80

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 2,234.75 | $ 0.00 | $ 2,234.75 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 7,607.50 | $ 0.00 | $ 7,607.50 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 75.73 | $ 0.00 | $ 75.73 |

Total to be paid for chapter 7 administrative expenses      $      9,917.98

Remaining Balance                                           $      4,073.82

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 695.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Winebaugh & Associates, P.C. | $ 695.00 | $ 0.00 | $ 695.00 |

Total to be paid to timely general unsecured creditors     $     695.00

Remaining Balance     $     3,378.82

Tardily filed claims of general (unsecured) creditors totaling $ 1,360.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Tess & Redington | $ 1,360.00 | $ 0.00 | $ 1,360.00 |

Total to be paid to tardy general unsecured creditors     $     1,360.00

Remaining Balance     $     2,018.82

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.7 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 34.65 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 1,984.17 .