UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
SIMMONS, THOMAS I § Case No. 08-73961
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/DANIEL M. DONAHUE_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| THOMAS I SIMMONS |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | First National Bk & Tr. of Rochelle 340 May Mart Drive Rochelle, IL 61068 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES,LTD. | | | | | |
| KAREN SIMMONS | | | | | |
| RICHARD L. SCHULTZ, C.P.A. | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000005B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000002 | INTERNAL REVENUE SERVICE | | | | | |
| 000003A | INTERNAL REVENUE SERVICE | | | | | |
| 000003B | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allied Archeology 239 So. Calumet Avenue Aurora, IL 60506 | | | | | |
| | Karen J. Simmons 5546 South ParkPlace Drive Rochelle, IL 61068 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rockford Blacktop 732 So. Horace Avenue Rockford, IL 61102 | | | | | |
| | Simmons and Assoc. P.C. 5546 South ParkPlace Drive Rochelle, IL 61068 | | | | | |
| | Simmons and Assoc. P.C. 5546 South ParkPlace Drive Rochelle, IL 61068 | | | | | |
| | Super Mix 6825 Irene Road Belvidere, IL 61008 | | | | | |
| 000001 | KAREN J. SIMMONS | | | | | |
| 000007 | SIMMONS & ASSOCIATES, P.C. | | | | | |
| 000004 | WINEBAUGH & ASSOCIATES, P.C. | | | | | |
| 000006 | TESS & REDINGTON | | | | | |
| | TESS & REDINGTON | | | | | |
| | WINEBAUGH & ASSOCIATES, P.C. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case No: | 08-73961 MLB Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | SIMMONS, THOMAS I | Date Filed (f) or Converted (c): | 12/08/08 (f) |
| | | 341(a) Meeting Date: | 01/08/09 |
| For Period Ending: | 07/26/11 | Claims Bar Date: | 12/10/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Mobile Home | 17,500.00 | 0.00 | DA | 0.00 | FA |
| 2. Real Property - Rochelle, IL | 500,000.00 | 0.00 | DA | 0.00 | FA |
| 3. Cash on hand | 50.00 | 0.00 | DA | 0.00 | FA |
| 4. 1/2 interest in household goods | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5. Wearing Apparel | 300.00 | 0.00 | DA | 0.00 | FA |
| 6. Jewelry | 50.00 | 0.00 | DA | 0.00 | FA |
| 7. IRAs | 189,701.00 | 0.00 | DA | 0.00 | FA |
| 8. Illinois River Energy LLC | Unknown | 0.00 | DA | 0.00 | FA |
| 9. Westwood Enterprises | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. Lincoln State Bank | Unknown | 0.00 | DA | 0.00 | FA |
| 11. 2003 Cadillac | 6,600.00 | 0.00 | DA | 0.00 | FA |
| 12. 2005 Dodge Caravan | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 13. Income Tax Refund (u) | 0.00 | 30,836.28 | | 30,836.28 | FA |
| 14. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 6.20 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $722,201.00   $30,836.28   $30,842.48   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 06/01/10    Current Projected Date of Final Report (TFR): 08/01/12

LFORM1                                                                                                                                                                                    Ver: 16.02b

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 08-73961 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | SIMMONS, THOMAS I | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1693  MONEY MARKET |
| Taxpayer ID No: | *******2534 | | | |
| For Period Ending: | 07/26/11 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/06/10 | 13 | UNITED STATES TREASURY | INCOME TAX REFUND | 1224-000 | 30,836.28 | | 30,836.28 |
| 05/28/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.55 | | 30,836.83 |
| 06/08/10 | 001000 | INTERNATIONAL SURETIES,LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Blanket Bond #016018067 | 2300-000 | | 24.84 | 30,811.99 |
| 06/30/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.77 | | 30,812.76 |
| 07/30/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.78 | | 30,813.54 |
| 08/31/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.79 | | 30,814.33 |
| 09/30/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.76 | | 30,815.09 |
| 10/25/10 | 001001 | RICHARD L. SCHULTZ, C.P.A. 418 Cherry Ave. Rochelle, IL 61068 | ACCOUNTING FEES | 2990-000 | | 2,815.00 | 28,000.09 |
| 10/25/10 | 001002 | KAREN SIMMONS 5546 S. Park Place Dr. Rochelle, IL 61068 | Share of Income Tax Refunds | 2990-000 | | 14,010.64 | 13,989.45 |
| 10/29/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.78 | | 13,990.23 |
| 11/30/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.62 | | 13,990.85 |
| 12/31/10 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.36 | | 13,991.21 |
| 01/31/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.36 | | 13,991.57 |
| 02/28/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.11 | | 13,991.68 |
| 03/31/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 13,991.80 |
| 04/29/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.11 | | 13,991.91 |
| 05/24/11 | 14 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.09 | | 13,992.00 |
| 05/24/11 | | Transfer to Acct #*******3765 | Final Posting Transfer | 9999-000 | | 13,992.00 | 0.00 |

Page Subtotals    30,842.48    30,842.48

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 8)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 08-73961 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | SIMMONS, THOMAS I | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1693 MONEY MARKET |
| Taxpayer ID No: | *******2534 | | | |
| For Period Ending: | 07/26/11 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 30,842.48 | 30,842.48 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 13,992.00 | |
| | | | Subtotal | | 30,842.48 | 16,850.48 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 30,842.48 | 16,850.48 | |

Page Subtotals 0.00 0.00

Ver: 16.02b

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-73961 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | SIMMONS, THOMAS I | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3765 GENERAL CHECKING |
| Taxpayer ID No: | *******2534 | | | |
| For Period Ending: | 07/26/11 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/24/11 | | Transfer from Acct #*******1693 | Transfer In From MMA Account | 9999-000 | 13,992.00 | | 13,992.00 |
| 05/25/11 | 000100 | DANIEL M. DONAHUE, TRUSTEE<br>P.O. BOX 2903<br>ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 2,234.75 | 11,757.25 |
| 05/25/11 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 7,607.50 | 4,149.75 |
| 05/25/11 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 75.73 | 4,074.02 |
| 05/25/11 | 000103 | Winebaugh & Associates, P.C.<br>915 No. Caron Road<br>Rochelle, IL 61068 | Claim 000004, Payment 101.7% | | | 706.79 | 3,367.23 |
| | | | Claim 695.00 | 7100-000 | | | |
| | | | Interest 11.79 | 7990-000 | | | |
| 05/25/11 | 000104 | Tess & Redington<br>1090 North 7th Street<br>POB 68<br>Rochelle, IL 61068 | Claim 000006, Payment 101.7% | | | 1,383.06 | 1,984.17 |
| | | | Claim 1,360.00 | 7200-000 | | | |
| | | | Interest 23.06 | 7990-000 | | | |
| 05/25/11 | 000105 | THOMAS I SIMMONS<br>5546 S PARK PLACE DR<br>ROCHELLE, IL 61068-9258 | Surplus Funds | 8200-002 | | 1,984.17 | 0.00 |

Page Subtotals 13,992.00 13,992.00

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Page: 4

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-73961 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- | --- |
| Case Name: | SIMMONS, THOMAS I | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3765 GENERAL CHECKING |
| Taxpayer ID No: | *******2534 | | | |
| For Period Ending: | 07/26/11 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 13,992.00 | 13,992.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 13,992.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 13,992.00 | |
| | | | Less: Payments to Debtors | | | 1,984.17 | |
| | | | Net | | 0.00 | 12,007.83 | |
| | | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | TOTAL - ALL ACCOUNTS | | | | |
| | | | MONEY MARKET - ********1693 | | 30,842.48 | 16,850.48 | 0.00 |
| | | | GENERAL CHECKING - ********3765 | | 0.00 | 12,007.83 | 0.00 |
| | | | | | 30,842.48 | 28,858.31 | 0.00 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*